# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:13CR37 |
| vs. | ) | |
| | ) | ORDER |
| JOHN R. CREEL, SR., | ) | |
| Defendant. | ) | |

Defendant John R. Creel, Sr. (Creel), appeared before the court on January 13, 2016, on the arrest warrant for his failure to appear for a dispositional hearing before Chief Judge Laurie Smith Camp (Filing No. 102). Creel was represented by Assistant Federal Public Defender Michael F. Maloney and the United States was represented by Assistant U.S. Attorney Michael P. Norris. Through his counsel, Creel waived his right to a probable cause hearing. I find that Creel should be held to answer for a final dispositional on the Amended Petition (Filing No. 95) before Chief Judge Laurie Smith Camp.

The government moved for detention. Creel presented no evidence nor requested a detention hearing. Since it is Creel's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, the court finds Creel has failed to carry his burden and that Creel should be detained pending a dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11:00 a.m. on February 11, 2016**. Defendant must be present in person.

2. Defendant John R. Creel, Sr., is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 13th day of January, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge