IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOHN R. CREEL SR.,<br><br>                Defendant. | 8:13CR37<br><br>ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION |

      The defendant appeared before the Court on June 20, 2025 regarding Petition for Offender Under Supervision [142].  Richard H. McWilliams represented the defendant.  Lecia E. Wright represented the government.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

      The defendant requested a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The preliminary hearing is scheduled before U.S. Magistrate Judge Michael D. Nelson in Courtroom No. 6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:30 a.m. on June 25, 2025

      The government moved for detention based upon risk of flight and danger.  The defendant requested a continuance of the detention hearing.  The detention hearing is continued to U.S. Magistrate Judge Michael D. Nelson in Courtroom No. 6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:30 a.m. on June 25, 2025. The defendant will remain detained pending further order of the court.

      **IT IS SO ORDERED**.

      Dated this 20th day of June, 2025.

                                                                                         BY THE COURT:

                                                                                     s/ Ryan C. Carson<br>
                                                                                     United States Magistrate Judge